IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:  V.R. KING CONSTRUCTION, LLC   ) | |
| ) | CHAPTER 7 CASE NO.: 18-31635 |
| DEBTOR   ) | |
| ) | |
| Y2 YOGA COTSWOLD, LLC   ) | ADV. PROC. NO.: 19-03047 |
|     Plaintiff.   ) | |
| ) | |
| V.   ) | |
| ) | |
| VINROY W. REID,  V.R. KING   ) | |
| CONSTRUCTION, LLC   ) | |
| A. BURTON SHUFORD   ) | |
|     Defendants   ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

**NOW COMES THE DEBTOR/DEFENDANT, VR KING CONSTRUCTION, LLC , THROUGH COUNSEL, i**n the above-referenced Adversarial Proceeding, and represents as follows:

Due to the current "Stay at Home Orders" issued by the Governor for the State of North Carolina in response to the **Covid-19** pandemic  and the fact that Debtor's representative does not have access to the technology necessary to enable him to work with Counsel remotely, and the fact that he has not had the opportunity to work with Counsel as necessary to meet the April 16, 2020, deadline previously set by the Court for the filing of Dispositive Motions in this case.

**WHEREFORE**, based on the foregoing, Debtor/Defendant VR KING CONSTRUCTION, LLC respectfully moves the Court to grant it additional time to file its Dispositive Motions through May 17, 2020.

This the 16th day of April 2020.

THE LEWIS LAW FIRM, PA.

/s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor
NC Bar # 35806
434 Fayetteville St. Ste. 2330
Raleigh, NC  27602
Telephone: 919-719-3906
Facsimile: 919-5739161
rlewis@thelewislawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I this day have served a copy of Defendant V.R. King Construction, LLC's Motion for Extension of Time on the parties listed below electronically via CM/ECF, e-mail or by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail, as indicated below,

This is the 16th day of April 2020.

    Shelley K. Abel
    Bankruptcy Administrator  (via ECF)

    James H. Henderson (via ECF)
    1120 Greenwood Cliff
    Charlotte NC 28202-2826

    A.Burton Shuford (via ECF)
    4700 Lebanon Road, Suite A-2
    Mint Hill, NC 28227

    Vinroy W. Reid  (via U.S. Mail)
    P.O. Box 5035
    Charlotte, North Carolina 28229

This the 16th day of April 2020.

    THE LEWIS LAW FIRM, PA.

    /s/Robert Lewis, Jr.
    ROBERT LEWIS, JR.
    Attorney for Debtor
    NC Bar # 35806
    434 Fayetteville St. Ste. 2330
    Raleigh, NC  27602
    Telephone: 919-719-3906
    Facsimile: 919-5739161
    rlewis@thelewislawfirm.com