

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 19–03047

IN THE MATTER OF:
    VR King Construction, LLC
        Debtor(s)

Case No.: 18–31635
Chapter: 7

Y2 Yoga Cotswold, LLC
    Plaintiff(s)

vs.

V. R. King Construction, LLC et al.
    Defendant(s)

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Extend filed in the above referenced case on 04/16/2020 as document # 21 is defective for the reason(s) marked below:

    Motion does not comply with L.R. 9013 noticing requirements.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 23, 2020                                                      Steven T. Salata
                                                                                                                       Clerk of Court

Electronically filed and signed (4/23/20)