# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| V. R. KING CONSTRUCTION, LLC, | ) | Case No. 18-31635 |
| | ) | Chapter 7 |
| Debtor | ) | |
| ——————————————— | ) | |
| | ) | |
| Y2 YOGA COTSWOLD, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. 19-03047 |
| | ) | |
| v. | ) | |
| | ) | |
| V. R. KING CONSTRUCTION, LLC; | ) | |
| VINROY REID;  and  A. BURTON | ) | |
| SHUFORD, as Chapter 7 Trustee for V.R. | ) | |
| KING CONSTRUCTION, LLC and | ) | |
| VINROY REID | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT, VERIFICATION OF PLEADING AND DECLARATION UNDER PENALTY OF PERJURY

The undersigned, David G. Guidry, being first duly sworn, deposes and says:

1.      I am a resident of Mecklenburg County, North Carolina and I have been a member of the North Carolina Bar since 2008.

2.      I have read the Complaint for Declaratory Relief to Confirm Validity, Priority and Extent of Liens on Real Property and Allow Charges Pursuant to 11 U.S.C. § 506 (the "Complaint") which was filed with the Court in this adversary proceeding on August 23, 2019, and I know and have personal knowledge of the contents thereof.

3.      I was retained by the Plaintiff Y2 Yoga Cotswold, LLC ("Y2") in April, 2017, in connection with the state court litigation to which reference is made in the Complaint. I continue to represent Y2 in connection with its claims against the Defendants herein.

4.      The allegations in the Complaint are true and correct to the best of my knowledge.

5.      The Exhibits attached to the Complaint are true and correct, and are what Plaintiff

purports the Exhibits to be, to best of my knowledge.

6.      If called on to testify in this proceeding I would competently testify as to the truth of the matters stated in the Complaint.

7.      I declare under penalty of perjury that the foregoing is true and correct.


Dated this _30_ day of April, 2020.

_____
David G. Guidry