IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE:   V.R. KING CONSTRUCTION, LLC | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 11 CASE NO.:  18- 31635 |
| | ) | |
| Y2 YOGA COTSWOLD, LLC | ) | ADV. PROC. NO.: 19-03047 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| VINROY W. REID, V.R. KING | ) | |
| CONSTRUCTION, LLC | ) | |
| A. BURTON SHUFORD CHAPTER 7 TRUSTEE | ) | |
| FOR V.R. KING CONSTRUCTION, LLC | ) | |
| AND VINROY REID | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF HEARING ON DEBTORS' MOTION FOR RECONSIDERATION OF MEMORANDUM OPINION AND ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANTS' MOTION TO DISMISS, MOTION FOR JUDGMENT ON THE PLEADINGS AND ALTERNATE MOTIONS FOR SUMMARY JUDGMENT; DEFERRING RULING ON CERTAIN ISSUES PERTAINING TO 11 U.S.C. 506(B) AND SETTING DEADLINES FOR FILINGS OF PROOF OF CLAIMS AND ANY OBJECTION THERETO**

**NOTICE IS HEREBY GIVEN THAT ON December 14, 2020, THE DEBTOR FILED A MOTION FOR RECONSIDERATION REQUESTING RECONSIDERATION OF THE Memorandum Opinion and Order Granting in Part Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion to Dismiss, Motion for Judgment on the Pleadings and Alternate Motions for Summary Judgment; deferring Ruling on Certain Issues Pertaining to 11 U.S.C.S §506(b) and Setting Deadlines for Filing Proof of Claims and any Objection Thereto** in the above- captioned case; and,

**FURTHER NOTICE IS HEREBY GIVEN**, A hearing will be held on The Motion on February 2, 2021, at 9:30 a.m. at The United States Bankruptcy Court for the Western District of North Carolina, located in the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, NC 28202-1669, Courtroom 1-5.

This the 17th day of December, 2020.

The Lewis Law firm, P.A.
/s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor
NC Bar # 35806
P.O. Box 1446
Raleigh, NC  27602
Telephone: 919-719-3906
Facsimile: 919-573-9161
rlewis@thelewislawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE:  V.R. KING CONSTRUCTION, LLC  ) | |
| ) | |
| DEBTOR                                ) | **CHAPTER 11 CASE NO**.:  18- 31635 |
| ) | |
| Y2 YOGA COTSWOLD, LLC                 ) | **ADV. PROC. NO**.: 19-03047 |
| **Plaintiff,**                ) | |
| ) | |
| V.                                    ) | |
| VINROY W. REID,  V.R. KING            ) | |
| CONSTRUCTION, LLC                     ) | |
| A. BURTON SHUFORD CHAPTER 7 TRUSTEE   ) | |
| FOR V.R. KING CONSTRUCTION, LLC       ) | |
| AND VINROY REID                       ) | |
| ) | |
| **Defendants.**              ) | |

**CERTIFICATE OF SERVICE**

This is to certify that this DEBTOR'S MOTION FOR RECONSIDERATION OF MEMORANDUM OPINION AND ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANTS' MOTION TO DISMISS, MOTION FOR JUDGMENT ON THE PLEADINGS AND ALTERNATE MOTIONS FOR SUMMARY JUDGMENT; DEFERRING RULING ON CERTAIN ISSUES PERTAINING TO 11 U.S.C. 506(B) AND SETTING DEADLINES FOR FILINGS OF PROOF OF CLAIMS AND ANY OBJECTION was served on the following parties:

Via email:

Shelley K. Abel, Bankruptcy Administrator;

James H. Henderson, Counsel for Y2 Yoga Cotswold, LLC;

Verna Bash-Flowers, Counsel for Vinroy Reid;

A.  Burton Shuford, Chapter 7 Trustee for Vinroy W. Reid and VR King Construction, LLC

And to all parties having requested notice under Rule 2002, via electronic mail only.

Debtor/Defendant, was served by e-mail only at: vinroyreid8@gmail.com.

This is the 17th day of December, 2020.

                                              The Lewis Law firm, P.A.

                                              /s/Robert Lewis, Jr.
                                              ROBERT LEWIS, JR.
                                              Attorney for Debtor
                                              NC Bar # 35806
                                              P.O. Box 1446
                                              Raleigh, NC  27602
                                              Telephone: 919-987-2240
                                              Facsimile: 919-573-9161
                                              rlewis@thelewislawfirm.com