IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:  V.R. KING CONSTRUCTION, LLC  ) | |
| ) | |
| DEBTOR   ) | CHAPTER 11 CASE NO.:  18- 31635 |
| ) | |
| Y2 YOGA COTSWOLD, LLC   ) | |
| Plaintiff,    ) | |
| ) | ADV. PROC. NO.: 19-03047 |
| V.    ) | |
| VINROY W. REID,  V.R. KING   ) | |
| CONSTRUCTION, LLC   ) | |
| A. BURTON SHUFORD CHAPTER 7 TRUSTEE  ) | |
| FOR V.R. KING CONSTRUCTION, LLC   ) | |
| AND VINROY REID   ) | |
| ) | |
| Defendants.   ) | |

**NOTICE OF APPEAL**

　　Notice is hereby given that Robert Lewis, Jr., counsel for the VR King Construction, LLC (hereinafter "Defendant"), pursuant to 28 U.S.C §158 and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure  (the "Bankruptcy Rules"), hereby appeals to the United States District Court for the Western District of North Carolina from the Memorandum Opinion and Order Granting in Part Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion to Dismiss, Motion for Judgment on the Pleadings and Alternate Motions for Summary Judgement; deferring Ruling on Certain Issues Pertaining to 11 U.S.C.S §506(b)  and Setting Deadlines for Filing Proof of Claims and any Objection Thereto [Doc. No. 62]  entered on December 2, 2020, and  Order Denying Debtor's Motion Requesting Reconsideration of the Memorandum Opinion and Order Granting in Part Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion to Dismiss, Motion for Judgment on the Pleadings and Alternate Motions for Summary Judgement; deferring Ruling on Certain Issues Pertaining to 11 U.S.C.S §506(b)  and Setting Deadlines for Filing Proof of Claims and any Objection Thereto [Doc. No.76] entered on February 18, 2021, by the Honorable Laura T. Beyer, Chief United States Bankruptcy Judge for the Western District of North Carolina. The Debtor filed a Motion to Reconsider pursuant to Bankruptcy Rules 59 and 60. The Court entered an Order Denying Debtor's Motion to Reconsider on February 18, 2021.
Pursuant to Bankruptcy Rule 8004 the Debtor hereby request that the Clerk of the Bankruptcy Court provide notice of appeal to counsel of record for interested parties. The Parties to the Order appealed from and the names, telephone and fax numbers of their respective attorneys are as follows:

Shelley K. Abel
Bankruptcy Administrator  (via ECF)
402 West Trade Street
Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A.  Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel:  (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid  (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON: March 4, 2021

                                                  s/Robert Lewis, Jr.
Robert Lewis, Jr.
THE LEWIS LAW FIRM, P.A.
PO Box 1446
Raleigh, North Carolina 27602
(919) 719-3906 (phone)
(919) 573-9161 (Facsimile)
N.C. State Bar # 35806

## CERTIFICATE OF SERVICE

      I hereby certify that the attached NOTICE OF APPEAL was served upon the following parties by Electronic Court Filing (ECF) and mailing a copy of the same by first-class postage prepaid mail addressed as follows:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel:  (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229


EXECUTED ON: March 4, 2021

                                              s/Robert Lewis, Jr.
                                              Robert Lewis, Jr.
                                              THE LEWIS LAW FIRM, P.A.
                                              PO Box 1446
                                              Raleigh, North Carolina 27602
                                              (919) 719-3906 (phone)
                                              (919) 573-9161 (Facsimile)
                                              N.C. State Bar # 35806