

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 19–03047

---

IN THE MATTER OF:
    VR King Construction, LLC                Case No.: 18–31635
        Debtor(s)                         Chapter: 7

---

Y2 Yoga Cotswold, LLC
    Plaintiff(s)

vs.

V. R. King Construction, LLC et al.
    Defendant(s)

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Appeal filed in the above referenced case on 03/04/2021 as document # 77 is defective for the reason(s) marked below:

        Notice of Appeal does not comply with Federal Bankruptcy Rule 8003(a)(3)

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: March 4, 2021                               Steven T. Salata
                                                  Clerk of Court

Electronically filed and signed (3/4/21)