

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 19–03047

---

IN THE MATTER OF:
    VR King Construction, LLC
        Debtor(s)

Case No.: 18–31635
Chapter: 7

---

Y2 Yoga Cotswold, LLC
    Plaintiff(s)

vs.

V. R. King Construction, LLC et al.
    Defendant(s)

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Appellant/Appellee Designation filed in the above referenced case on 03/18/2021 as document # 81 is defective for the reason(s) marked below:

    Designation does not comply with Federal Bankruptcy Rule 8009(b).

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 6, 2021

Steven T. Salata
Clerk of Court

Electronically filed and signed (4/6/21)