# Memorandum

**To:**      Frank G. Johns, Clerk. U. S. District Court
            401 W. Trade St., Charlotte, NC 28202

**From:**   **Jennifer Bryant**, Deputy Clerk

**Date:**   April 29, 2021

**In re:**  V.R. King Construction, LLC v. Y2 Yoga Cotswold, LLC et. al
            **District Court Case No.:**  21-00094
            Adversary No.:  19-3047

Pursuant to Fed. R. Bankr. P.  8001(a), the above-referenced bankruptcy appeal requires the attention of the United States District Court Judge for the following reason:

A transcript has not been ordered pursuant to Federal Bankruptcy Rule 8009(b). On DATE, the party was notified in writing and given ten business days to order a transcript. To date, no transcript has been tendered**.**

Please advise the Bankruptcy Court in writing of any action taken in connection with this appeal.

Thank you for your assistance in this matter.