IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:  V.R. KING CONSTRUCTION, LLC ) | |
| ) | |
| DEBTOR ) | CHAPTER 11 CASE NO.:  18- 31635 |
| ) | |
| Y2 YOGA COTSWOLD, LLC ) | |
| Plaintiff, ) | |
| ) | ADV. PROC. NO.: 19-03047 |
| V. ) | |
| VINROY W. REID,  V.R. KING ) | |
| CONSTRUCTION, LLC ) | |
| A. BURTON SHUFORD CHAPTER 7 TRUSTEE ) | |
| FOR V.R. KING CONSTRUCTION, LLC ) | |
| AND VINROY REID ) | |
| ) | |
| Defendants. ) | |

## Amended Appellant's Transcript Order

   Now Comes the Appellant VR King Construction, LLC, by and through the undersigned appellate counsel and states that on April 5, 2021, in DOCKET NO. 3:21-cv-00094-MOC, the undersigned retained the services of Court Reporter Randel Raison to prepare and file the transcripts from hearings in the Adversary Proceeding Case No. 19-3047. Mr. Randel Raison informed me that he had to order the transcripts and on April 5, 2021, he ordered the transcripts for both hearings held on May 6, 2020 and June 19, 2020, Docket Nos. 83 & 84 respectively. On July 28, 2021 this Court entered an order allowing the case with DOCKET NO. 3:21-cv-00094 MOC to be voluntarily dismissed without prejudice. Appellant request that it be allowed to utilize the transcripts ordered in DOCKET NO. 3:21-cv-00094-MOC in this case DOCKET NO. 3:21-cv-00364-MOC.

   Pursuant to Federal Bankruptcy Rule 8009(b) I am formally requesting that the transcripts ordered in DOCKET NO. 3:21-cv-00094-MOC  transferred to DOCKET NO. 3:21-cv-00364-MOC.

   Shelley K. Abel
   Bankruptcy Administrator  (via ECF)
   402 West Trade Street
   Suite 200
   Charlotte, NC 27601
   Tel: 704-3507590

Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

DATED:    August 24, 2021

                                                        The Lewis Law Firm, P.A.
                                                        s/Robert Lewis, Jr.
                                                        ROBERT LEWIS, JR.
                                                        Attorney for Debtor(s)
                                                        NC Bar # 35806
                                                        PO BOX 1446
                                                        Raleigh, NC  27602
                                                        Telephone: 919-987-2240
                                                        Facsimile: 919-573-9161
                                                        rlewis@thelewislawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that the attached Transcript Order was served upon the following parties by Electronic Court Filing (ECF) and mailing a copy of the same by first-class postage prepaid mail addressed as follows:

Shelley K. Abel
Bankruptcy Administrator (via ECF)
402 West Trade Street Suite 200
Charlotte, NC 27601
Tel: 704-3507590
Fax: 704-344-6666

James H. Henderson (via ECF)
1120 Greenwood Cliff
Charlotte NC 28202-2826
Tel: 704-333-3444
Fax: 704-333-5003

A. Burton Shuford (via ECF)
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
Tel: (980) 321-7005
Fax: (704) 943-1152

Vinroy W. Reid (via U.S. Mail)
P.O. Box 5035
Charlotte, North Carolina 28229

EXECUTED ON: August 24, 2021

                s/Robert Lewis, Jr.
                Robert Lewis, Jr.
                THE LEWIS LAW FIRM, P.A.
                PO Box 1446
                Raleigh, North Carolina 27602
                (919) 987-2240 (phone)
                (919) 573-9161 (Facsimile)
                N.C. State Bar # 35806